IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KAFI, INC., | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:20-cv-00354 |
| | ) | |
| SAND CANYON CORPORATION f/k/a OPTION ONE MORTGAGE CORPORATION; et al., | ) ) ) | |
| | ) | |
|    *Defendants*. | ) | |

## DEFENDANT SAND CANYON CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order entered November 16, 2020, Sand Canyon Corporation f/k/a Option One Mortgage Corporation ("Sand Canyon") files this Corporate Disclosure Statement and Certificate of Interested Parties.

### CORPORATE DISCLOSURE STATEMENT

Sand Canyon Corporation f/k/a Option One Mortgage Corporation, a California corporation, is a wholly-owned subsidiary of New Castle HoldCo LLC, a Delaware limited liability company, which is a wholly-owned subsidiary of Block Financial LLC, a Delaware limited liability company, which is a wholly-owned subsidiary of H&R Block Group, Inc., a Delaware corporation, which is a

wholly-owned subsidiary of H&R Block, Inc., a Missouri corporation (a publicly traded corporation: HRB).

## CERTIFICATE OF INTERESTED PARTIES

The following parties are financially interested in the outcome of this litigation:

a. Plaintiff Kafi, Inc.;

b. Defendant Sand Canyon Corporation f/k/a Option One Mortgage Corporation;

c. Defendant Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.;

d. Defendant Nationwide Title Clearing, Inc.;

e. Defendant Wells Fargo Bank, N.A., as Trustee for ABFC 2006-OPT3 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT3; and

f. Defendant PHH Mortgage Corporation.

Respectfully submitted,

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Stephen A. Walsh*
Stephen A. Walsh
Attorney-in-Charge
Texas State Bar No. 24099094
Southern District No. 3363327
100 Corporate Parkway, One Lake Level
Birmingham, AL 35242

Phone: 205-572-4107
Fax: 205-572-4199
swalsh@wwhgd.com

*Attorney for Defendant Sand Canyon Corporation f/k/a Option One Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 23rd day of December, 2020, electronically filed the foregoing by using the CM/ECF system, which will automatically notify the following attorneys of record:

Jeffrey C. Jackson
Jeffrey Jackson & Associates, PLLC
jeff@jjacksonllp.com

Kurt Lance Krolikowski
Ryan B. Burns
Locke Lord LLP
kkrolikowski@lockelord.com
ryan.burns@lockelord.com

Brett W. Schouest
Neyma Figueroa
Dykema Gossett PLLC
bschouest@dykema.com
nfigueroa@dykema.com

*/s/ Stephen A. Walsh*
Stephen A. Walsh