# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| KAFI, INC., | ) |
|    *Plaintiff*, | ) ) ) |
| v. | )   CASE NO. 3:20-cv-00354 |
| SAND CANYON CORPORATION f/k/a OPTION ONE MORTGAGE CORPORATION; et al, | ) ) ) ) ) |
|    *Defendants*. | ) ) |

## DEFENDANT SAND CANYON CORPORATION'S CONSENT TO REMOVAL

Defendant Sand Canyon Corporation f/k/a Option One Mortgage Corporation ("Sand Canyon") expresses its consent to the removal of the above-referenced cause from the 405th Judicial District Court of Galveston County, Texas, Cause No. 20-CV-1429 therein, to the United States District Court for the Southern District of Texas, Galveston Division, Case No. 3:20-cv-00354. Furthermore, Sand Canyon confirms that it is a citizen of California. See 28 U.S.C. § 1332(c)(1). Sand Canyon was incorporated under the laws of California and, at all times relevant hereto, has maintained its principal place of business in California.

Respectfully submitted,

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

<u>*/s/ Stephen A. Walsh*</u>
Stephen A. Walsh
Attorney-in-Charge
Texas State Bar No. 24099094
Southern District No. 3363327
100 Corporate Parkway, One Lake Level
Birmingham, AL 35242
Phone: 205-572-4107
Fax: 205-572-4199
swalsh@wwhgd.com

*Attorney for Defendant Sand Canyon Corporation f/k/a Option One Mortgage Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 23rd day of December, 2020, electronically filed the foregoing by using the CM/ECF system, which will automatically notify the following attorneys of record:

Jeffrey C. Jackson
Jeffrey Jackson & Associates, PLLC
jeff@jjacksonllp.com

Kurt Lance Krolikowski
Ryan B. Burns
Locke Lord LLP
kkrolikowski@lockelord.com
ryan.burns@lockelord.com

Brett W. Schouest
Neyma Figueroa
Dykema Gossett PLLC
bschouest@dykema.com
nfigueroa@dykema.com

*/s/ Stephen A. Walsh*
Stephen A. Walsh