UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KAFI, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, N.A. AS | § | CIVIL ACTION NO. 3:20-cv-00354 |
| TRUSTEE FOR ABFC 2006-OPT 3 | § | |
| TRUST, ASSET BACKED FUNDING | § | |
| CORPORATION ASSET-BACKED | § | |
| CERTIFICATES, SERIES 2006-OPT3; | § | |
| AND PHH MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF APPEAL**
**PURSUANT TO FED. R. APP. P. 4(a)(1)(A)**

Notice is hereby given that Plaintiff Kafi, Inc. appeal to the United States Court of Appeals for the 5th Circuit the Trial Court's Final Judgment (Docket No. 125) signed in this action on February 13, 2024.

Respectfully submitted,

JEFFREY JACKSON & ASSOCIATES, PLLC

*/s/   Jeffrey C. Jackson*
**JEFFREY C. JACKSON**
Texas State Bar No. 24065485
Southern Admission No. 1024221
2500 E TC Jester Blvd Ste 285
Houston TX 77008-1449
T: (713) 861-8833
F: (713) 682-8866
jeff@jjacksonpllc.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice was served, via the Court's CM/ECF System, USPS Certified Mail, Return Receipt Requested, and/or Facsimile Transmission, to all counsel and parties of record on this 14th day of March, 2024.

      **Brett W. Schouest**
bschouest@dykema.com
**Neyma Figueroa**
nfigueroa@dykema.com
DYKEMA GOSSETT, PLLC
112 E Pecan St Ste 1800
San Antonio TX 78205-1521
T: (210) 554-5500
F: (210) 226-8395
      *Attorneys for Defendants*

      */s/    Jeffrey C. Jackson*
      **JEFFREY C. JACKSON**